IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENISE CHAMBERLAIN,**

**Plaintiff,**

**vs.**

**UNUMPROVIDENT CORPORATION and
UNUM LIFE INSURANCE COMPANY OF
AMERICA,**

**Defendants.**                              No. 03-CV-00665-DRH

### ORDER

**HERNDON, District Judge:**

The Court has given Plaintiff repeated warnings that failure to give the Court notice that she has a new attorney or that she will proceed without an attorney would result in dismissal of her claim **(Docs. 25 & 28)**.  The last extension of time to comply with the Court's Orders was given to Plaintiff on May 23, 2005, where she was allowed until June 13, 2005 to provide the Court with the requested notice **(Doc. 31)**.  As of yet, Plaintiff has failed to comply.  Thus, in accord with the Court's prior Orders, this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute this action.

**IT IS SO ORDERED.**

Signed this 23rd day of June, 2005.

/s/   David RHerndon
**United States District Judge**